### COOPER *v.* COUNTY OF FLOYD.

LUMPKIN, P. J. One who deliberately and intentionally drove at night upon a county bridge with the condition of which he was perfectly familiar, and who, according to his own testimony, knew that the bridge was dangerous because it had no guard-rails, was not, upon a petition alleging no negligence except failure to erect such rails, entitled to recover for injuries occasioned solely by reason of their absence. *Judgment affirmed. All the Justices concurring.*

Argued October 5,—Decided October 29, 1900.

Action for damages. Before Judge Reece. City court of Floyd county. July 31, 1900.

*Fouché & Fouché* and *Rowell & Rowell,* for plaintiff.
*W. J. Neel* and *J. M. Neel,* for defendant.